# EXHIBIT A



# KW Wealth Community Terms and Conditions

**Community Membership Terms and Conditions:**
KW Wealth Members must be active KW associates and in good standing at all times. Membership will activate the day you apply, and community learning events become available within 48 hours of activation. Membership will be renewed on a month-to-month basis, unless otherwise terminated in accordance with these terms.

**Community Fees:**
KW Wealth membership requires a $199 monthly recurring payment billed on the date of membership sign-up (i.e. if a Member signed up on the 8th of the month, recurring payment will be billed on the 8th of every month, respectively).

**Payment:**
Payment is due on the same billing date of each month. If payment is not received within 30 days of the due date, membership is subject to termination.

<u>If you select to pay via Credit Card</u> - I authorize Keller Williams Realty, Inc. to charge my credit card for the initial monthly payment and authorize that additional payments will be charged to my credit card on a monthly basis thereafter.

**Community Membership**:
KW Wealth Community membership includes these exclusive benefits:
• Private social media groups for networking, updates and news
• Weekly education series
• Discounts on KW Wealth Workshops
• Access to KW Wealth Training Library

**Cancellation & Termination:**
This Agreement will automatically renew monthly unless terminated. Membership can be terminated without cause upon providing written notification of termination to wealth@kw.com, by Member, KWRI, or the Community Leader. Registration to any events occurring after this Agreement terminates will be lost. Any fees paid prior to the notice of departure or on the remaining month of termination will not be refunded or prorated.

All cancellations will take effect the following billing cycle subject to the following exceptions:
1. If a Member leaves KW, it is the member's sole responsibility to notify the Community; the membership will be canceled effective immediately. Any fees paid prior to notice of departure or on the remaining month of termination will not be refunded or prorated.

2. If a Member fails to meet the agreed Community standards of production, attendance or licensure, the community may cancel the membership effective immediately. Any fees on the remaining month of termination will not be refunded or prorated.
3. If a new Member requests cancellation of membership within 24 hours of signing up, a full refund will be provided.

**Personal Information:**

Keller Williams Realty, Inc. will only use personal information provided to facilitate the services described in this agreement, including communication between the Member with the company and the community. Keller Williams Realty, Inc. will not use or share the personally identifiable information provided herein in ways or for reasons unrelated to the ones herein without Member's prior written consent. Members acknowledge and agree that calls and events may be recorded for training and promotional purposes only. By opting in, Member expressly opts-in to receive text messages from Keller Williams Realty, Inc., either directly or via third party.

**Individual License:**

Membership into KW Wealth is assigned exclusively to the individual KW Agent, as accepted, and cannot be re-assigned, transferred, or shared. Multiple KW Agents on a Team may apply together as individuals, but membership is not offered as a Team or Partnership license and each individual will be responsible for paying their own KW Wealth Membership Fees.