1  Alex D. Kruzyk (*pro hac vice*)
   akruzyk@pkglegal.com
2  Bryan A. Giribaldo (*pro hac vice*)
   bgiribaldo@pkglegal.com
3  **PARDELL, KRUZYK & GIRIBALDO, PLLC**
4  7500 Rialto Blvd. Suite 1-250
   Austin, Texas 78735
5  Tele: (561) 726-8444
6
7  *Counsel for Plaintiff and the proposed Class*
8
                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF ARIZONA
10
   Vicki Coffey, on behalf of herself and all   )
11 others similarly situated,                    ) Case No. 2:24-cv-02725-SPL
                                                 )
12                              Plaintiff,       )
                                                 ) **PLAINTIFF'S NOTICE OF APPEAL**
13                                               )
           vs.                                   )
14                                               )
   Fast Easy Offer LLC, GFSG LLC d/b/a           )
15 Keller Williams Realty Phoenix, and           )
   Keller Williams Realty, Inc.,                 )
16                                               )
                                                 )
17                              Defendants.      )
                                                 )
18                                               )
                                                 )
19 _____

Notice is hereby given that Plaintiff Vicki Coffey, on behalf of the proposed class, and by and through her undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit the district court's June 5, 2025 final judgment, ECF No. 28, together with all interlocutory orders that merged into the final judgment, including the district court's Opinion and Order granting the defendants' motion to dismiss, ECF No. 27, entered in this action on June 5, 2025.

Date: June 27, 2025.    By:/s/ *Alex D. Kruzyk*
Alex D. Kruzyk (*pro hac vice*)
akruzyk@pkglegal.com
Bryan A. Giribaldo (*pro hac vice*)
bgiribaldo@pkglegal.com
**Pardell, Kruzyk & Giribaldo, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444

*Counsel for Plaintiff and the proposed Class*

1